CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 21 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MALCOLM MUHAMMAD, )<br>Plaintiff, ) | Civil Action No. 7:15-cv-00057 |
| v. ) | **ORDER** |
| Y. TAYLOR, et al., )<br>Defendants. ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that the complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 21st day of May, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge